

National Library of Medicine

Search MedlinePlus [ GO ]

About MedlinePlus | What's New | Site Map | Customer Support

Health Topics | Drugs & Supplements | Genetics | Medical Tests | Videos & Tools | Español

**COVID-19 Information** [ x ]

combat COVID
hhs.gov

Get the latest public health information from CDC
Get the latest research information from NIH | Español
Learn more about COVID-19 and you from HHS

Home → Drugs, Herbs and Supplements → Dextromethorphan

# Dextromethorphan
pronounced as (dex troe meth or' fan)

   

Why is this medication prescribed?

How should this medicine be used?

Other uses for this medicine

What special precautions should I follow?

What special dietary instructions should I follow?

What should I do if I forget a dose?

What side effects can this medication cause?

What should I know about storage and disposal of this medication?

In case of emergency/overdose

What other information should I know?

Brand names

Brand names of combination products

Other names

## Why is this medication prescribed?

Dextromethorphan is used to temporarily relieve cough caused by the common cold, the flu, or other conditions. Dextromethorphan will relieve a cough but will not treat the cause of the cough or speed recovery. Dextromethorphan is in a class of medications called antitussives. It works by decreasing activity in the part of the brain that causes coughing.

## How should this medicine be used?

Dextromethorphan comes as a liquid-filled capsule, a chewable tablet, a dissolving strip, a solution (liquid), an extended-release (long-acting) suspension (liquid), and a lozenge to take by mouth. It is usually taken every 4 to 12 hours as needed. Follow the directions on the package or prescription label carefully, and ask your doctor or pharmacist to explain any part you do not understand.

Dextromethorphan should only be used according to the label or package directions. Do not take more than the recommended amount of dextromethorphan in a 24-hour period. Refer to the package or prescription label to determine the amount contained in each dose. Taking dextromethorphan in large amounts can cause serious side effects or death.

Dextromethorphan comes alone and in combination with antihistamines, cough suppressants, and decongestants. Ask your doctor or pharmacist for advice on which product is best for your symptoms. Check nonprescription cough and cold product labels carefully before using 2 or more products at the same time. These products may contain the same active ingredient(s) and taking them together could cause you to receive an overdose. This is especially important if you will be giving cough and cold medications to a child.

Nonprescription cough and cold combination products, including products that contain dextromethorphan, can cause serious side effects or death in young children. Do not give these products to children younger than 4 years of age. If you give these products to children 4-11 years of age, use caution and follow the package directions carefully.

If you are giving dextromethorphan or a combination product that contains dextromethorphan to a child, read the package label carefully to be sure that it is the right product for a child of that age. Do not give dextromethorphan products that are made for adults to children.

Before you give a dextromethorphan product to a child, check the package label to find out how much medication the child should receive. Give the dose that matches the child's age on the chart. Ask the child's doctor if you don't know how much medication to give the child.

If you are taking the liquid, do not use a household spoon to measure your dose. Use the measuring spoon or cup that came with the medication or use a spoon made especially for measuring medication.

If you are using the dissolving strips, place them on your tongue and swallow after they melt.

If you are taking the chewable tablets you can allow them to melt in your mouth or you can chew them before swallowing.

If you are taking the extended-release suspension, shake the bottle well before each use to mix the medication evenly.

If you are taking the lozenges, allow them to slowly melt in your mouth.

Stop taking dextromethorphan and call your doctor if your cough does not get better within 7 days, if your cough goes away and comes back, or if your cough occurs with a fever, rash, or headache.

## Other uses for this medicine

This medication is sometimes prescribed for other uses; ask your doctor or pharmacist for more information.

## What special precautions should I follow?

**Before taking dextromethorphan,**

- tell your doctor and pharmacist if you are allergic to dextromethorphan, any other medications, or any of the ingredients in the product you plan to take. Check the package label for a list of the ingredients.
- do not take dextromethorphan if you are taking a monoamine oxidase (MAO) inhibitor such as isocarboxazid (Marplan), phenelzine

Moore et al. v. Meijer, Inc.
Last accessed Feb. 16, 2022

(Nardil), selegiline (Eldepryl, Emsam, Zelapar), and tranylcypromine (Parnate), or if you have stopped taking an MAO inhibitor within the past 2 weeks.

- tell your doctor and pharmacist what prescription and nonprescription medications, vitamins, nutritional supplements, and herbal products you are taking or plan to take.

- tell your doctor if you smoke, if you have a cough that occurs with a large amount of phlegm (mucus), or if you have or have ever had breathing problems such as asthma, emphysema, or chronic bronchitis.

- tell your doctor if you are pregnant, plan to become pregnant, or are breast-feeding. If you become pregnant while taking dextromethorphan, call your doctor.

- if you have phenylketonuria (PKU, an inherited condition in which a special diet must be followed to prevent damage to your brain that can cause severe intellectual disability), you should know that some brands of chewable tablets that contain dextromethorphan may be sweetened with aspartame, a source of phenylalanine.

## What special dietary instructions should I follow?

Unless your doctor tells you otherwise, continue your normal diet.

## What should I do if I forget a dose?

Dextromethorphan is usually taken as needed. If your doctor has told you to take dextromethorphan regularly, take the missed dose as soon as you remember it. However, if it is almost time for the next dose, skip the missed dose and continue your regular dosing schedule. Do not take a double dose to make up for a missed one.

## What side effects can this medication cause?

**Dextromethorphan may cause side effects. Tell your doctor if any of these symptoms are severe or do not go away:**

- dizziness
- lightheadedness
- drowsiness
- nervousness
- restlessness
- nausea
- vomiting
- stomach pain

**If you experience any of the following symptoms, call your doctor immediately:**

- rash

Dextromethorphan may cause other side effects. Call your doctor if you experience any unusual problems while you are taking this medication.

If you experience a serious side effect, you or your doctor may send a report to the Food and Drug Administration's (FDA) MedWatch Adverse Event Reporting program online (http://www.fda.gov/Safety/MedWatch) or by phone (1–800–332–1088).

## What should I know about storage and disposal of this medication?

Keep this medication in the container it came in, tightly closed, and out of reach of children. Store it at room temperature and away from excess heat and moisture (not in the bathroom).

Unneeded medications should be disposed of in special ways to ensure that pets, children, and other people cannot consume them. However, you should not flush this medication down the toilet. Instead, the best way to dispose of your medication is through a medicine take–back program. Talk to your pharmacist or contact your local garbage/recycling department to learn about take–back programs in your community. See the FDA's Safe Disposal of Medicines website (http://goo.gl/c4Rm4p) for more information if you do not have access to a take–back program.

It is important to keep all medication out of sight and reach of children as many containers (such as weekly pill minders and those for eye drops, creams, patches, and inhalers) are not child–resistant and young children can open them easily. To protect young children from poisoning, always lock safety caps and immediately place the medication in a safe location – one that is up and away and out of their sight and reach. http://www.upandaway.org

### In case of emergency/overdose

In case of overdose, call the poison control helpline at 1–800–222–1222. Information is also available online at https://www.poisonhelp.org/help. If the victim has collapsed, had a seizure, has trouble breathing, or can't be awakened, immediately call emergency services at 911.

**Symptoms of overdose may include:**

- nausea
- vomiting
- drowsiness
- dizziness
- unsteadiness
- changes in vision
- difficulty breathing
- fast heartbeat
- hallucinating (seeing things or hearing voices that do not exist)
- seizures
- coma (loss of consciousness for a period of time)

### What other information should I know?

Ask your pharmacist any questions you have about dextromethorphan.

It is important for you to keep a written list of all of the prescription and nonprescription (over-the-counter) medicines you are taking, as well as any products such as vitamins, minerals, or other dietary supplements. You should bring this list with you each time you visit a doctor or if you are admitted to a hospital. It is also important information to carry with you in case of emergencies.

## Brand names

- Delsym 12-hour Cough
- Robitussin Cough Long-Acting®
- Triaminic Long-Acting Cough®
- Vicks DayQuil Cough®

## Brand names of combination products

- Alka-Seltzer Plus Cold and Cough Formula® (containing Aspirin, Chlorpheniramine, Dextromethorphan, Phenylephrine)
- Alka-Seltzer Plus Day and Night Cold Formulas® (containing Aspirin, Dextromethorphan, Phenylephrine)
- Alka-Seltzer Plus Day Non-Drowsy Cold Formula® (containing Acetaminophen, Dextromethorphan, Phenylephrine)
- Alka-Seltzer Plus Flu Formula® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan, Phenylephrine)
- Alka-Seltzer Plus Mucus and Congestion® (containing Dextromethorphan, Guaifenesin)
- Alka-Seltzer Plus Night Cold Formula® (containing Aspirin, Dextromethorphan, Doxylamine, Phenylephrine)
- Children's Dimetapp Cold and Cough® (containing Brompheniramine, Dextromethorphan, Phenylephrine)
- Children's Dimetapp Multisymptom Cold and Flu® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan, Phenylephrine)
- Children's Mucinex Cough® (containing Dextromethorphan, Guaifenesin)
- Children's Mucinex Multi-Symptom Cold® (containing Dextromethorphan, Guaifenesin, Phenylephrine)
- Children's Robitussin Cough and Cold CF® (containing Dextromethorphan, Guaifenesin, Phenylephrine)
- Children's Robitussin Cough and Cold CF® (containing Dextromethorphan, Guaifenesin, Phenylephrine)
- Children's Robitussin Cough and Cold Long-Acting® (containing Chlorpheniramine, Dextromethorphan)
- Children's Sudafed PE Cold and Cough® (containing Dextromethorphan, Phenylephrine)
- Coricidin HBP Chest Congestion and Cough® (containing Dextromethorphan, Guaifenesin)
- Coricidin HBP Cough and Cold® (containing Chlorpheniramine, Dextromethorphan)
- Coricidin HBP Day and Night Multi-Symptom Cold® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan, Guaifenesin)
- Coricidin HBP Maximum Strength Flu® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan)
- Coricidin HBP Nighttime Multi-Symptom Cold® (containing Acetaminophen, Dextromethorphan, Doxylamine)
- Diabetic Tussin DM® (containing Dextromethorphan, Guaifenesin)
- Dimetane DX® (containing Brompheniramine, Dextromethorphan, Pseudoephedrine)
- Mucinex Cough for Kids® (containing Dextromethorphan, Guaifenesin)
- Mucinex DM® (containing Dextromethorphan, Guaifenesin)
- PediaCare Children's Cough and Congestion® (containing Dextromethorphan, Guaifenesin)
- PediaCare Children's Fever Reducer Plus Cough and Runny Nose® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan)
- PediaCare Children's Fever Reducer Plus Cough and Sore Throat® (containing Acetaminophen, Dextromethorphan)
- PediaCare Children's Fever Reducer Plus Flu® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan, Phenylephrine)
- PediaCare Children's Fever Reducer Plus Multi-Symptom Cold® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan, Phenylephrine)
- Robitussin Cough and Chest DM® (containing Dextromethorphan, Guaifenesin)
- Robitussin Cough and Cold CF® (containing Dextromethorphan, Guaifenesin, Phenylephrine)
- Robitussin Cough and Cold Long-Acting® (containing Chlorpheniramine, Dextromethorphan)
- Robitussin Night Time Cough, Cold, and Flu® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan, Phenylephrine)
- Sudafed PE Cold/Cough® (containing Acetaminophen, Dextromethorphan, Guaifenesin, Phenylephrine)
- Sudafed PE Day/Night Cold® (containing Acetaminophen, Dextromethorphan, Diphenhydramine, Guaifenesin, Phenylephrine)
- Theraflu Cold and Cough® (containing Dextromethorphan, Pheniramine, Phenylephrine)
- Theraflu Daytime Severe Cold and Cough® (containing Acetaminophen, Dextromethorphan, Phenylephrine)
- Theraflu Max-D Severe Cold and Flu® (containing Acetaminophen, Dextromethorphan, Guaifenesin, Pseudoephedrine)
- Triaminic Cough and Sore Throat® (containing Acetaminophen, Dextromethorphan)
- Triaminic Day Time Cold and Cough® (containing Dextromethorphan, Phenylephrine)
- Triaminic Multi-Symptom Fever® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan, Phenylephrine)
- Tussin DM® (containing Dextromethorphan, Guaifenesin)
- Tylenol Cold and Cough Daytime® (containing Acetaminophen, Dextromethorphan)
- Tylenol Cold and Cough Nighttime® (containing Acetaminophen, Dextromethorphan, Doxylamine)
- Tylenol Cold and Flu Severe® (containing Acetaminophen, Dextromethorphan, Guaifenesin, Phenylephrine)
- Tylenol Cold Multi-Symptom Nighttime® (containing Acetaminophen, Chlorpheniramine, Dextromethorphan, Phenylephrine)
- Tylenol Cold and Mucus Severe® (containing Acetaminophen, Dextromethorphan, Guaifenesin, Phenylephrine)
- Vicks Children's NyQuil Cold and Cough® (containing Chlorpheniramine, Dextromethorphan)
- Vicks DayQuil Cold and Flu Relief® (containing Acetaminophen, Dextromethorphan, Phenylephrine)
- Vicks DayQuil Cold and Flu Symptom Relief Plus Vitamin C® (containing Acetaminophen, Dextromethorphan, Phenylephrine)
- Vicks DayQuil Mucus Control DM® (containing Dextromethorphan, Guaifenesin)

## Other names

- DM

Last Revised – 01/15/2022

Browse Drugs and Medicines

Learn how to cite this page

Was this page helpful?

Yes   No



American Society of Health-System Pharmacists, Inc. Disclaimer

AHFS® Patient Medication Information™. © Copyright, 2022. The American Society of Health-System Pharmacists®, 4500 East-West Highway, Suite 900, Bethesda, Maryland. All Rights Reserved. Duplication for commercial use must be authorized by ASHP.

Get updates   Subscribe to RSS     Follow us     Social Media Toolkit

NLM Web Policies   Copyright   Accessibility   Guidelines for Links   Viewers & Players   HHS Vulnerability Disclosure   MedlinePlus Connect for EHRs   For Developers

National Library of Medicine   8600 Rockville Pike, Bethesda, MD 20894   U.S. Department of Health and Human Services   National Institutes of Health

Page last updated: 07 February 2022



**GAMES & QUIZZES** **THESAURUS** **WORD OF THE DAY** **FEATURES** **SHOP** ⌄ | **LOG IN** **REGISTER** ⬚ **MY WORDS**

somnolence ✕ 🔍

Dictionary | Thesaurus

# somnolence  *noun*

🔖 Save Word

som·no·lence \ \ ˈsäm-nə-lən(t)s \ 🔊 \

**Definition of** *somnolence*

: the quality or state of being drowsy : SLEEPINESS

⬇ **Synonyms & Antonyms**

⬇ **Example Sentences**

⬇ **Learn More About** *somnolence*

**Synonyms & Antonyms for** *somnolence*

**Synonyms**

doziness, drowsiness, sleepiness

**Antonyms**

insomnia, sleeplessness, wakefulness

**Visit the Thesaurus for More** ⊙

**Examples of** *somnolence* **in a Sentence**

// *somnolence* is likely to be the most typical and telling reaction to this novel

**Recent Examples on the Web**

// After decades of abject *somnolence*, American labor seems to be stirring.
— *Los Angeles Times*, 19 Oct. 2021

// Not really enough to disrupt outdoor activity, the rain seemed the sort to foster contemplation and encourage Saturday snoozes and *somnolence*.
— *Washington Post*, 8 Aug. 2021

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'somnolence.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

**See More** ⊕

**First Known Use of** *somnolence*

14th century, in the meaning defined above

## Learn More About *somnolence*

**Share** *somnolence*

 

**Time Traveler for** *somnolence*

🕖 The first known use of *somnolence* was in the 14th century

See more words from the same century

**WORD OF THE DAY**

# slapdash 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email address | **SUBSCRIBE**

**TEST YOUR VOCABULARY**

Name that Thing: Flower Edition

Name that flower

hyacinth | hydrangea

amaryllis | chrysanthemum

Can you spell these 10 commonly misspelled words?
**TAKE THE QUIZ** »

A daily challenge for crossword fanatics.
**TAKE THE QUIZ** »

**Dictionary Entries Near**
*somnolence*

somnivolency

**somnolence**

somnolent

See More Nearby Entries ⊕

**Statistics for *somnolence***

**Look-up Popularity**

Top 3% of words

## Cite this Entry

"Somnolence." *Merriam-Webster.com
Dictionary*, Merriam-Webster,
https://www.merriam-
webster.com/dictionary/somnolence.
Accessed 16 Feb. 2022.

**Style:** MLA    ⌄

## Seen & Heard



**What made you look up this word?**

Please tell us where you read or heard it (including the quote, if possible).

🔔 Log in | Sign up

Tell us here

Sort by **Best** ⌄



DJ  **D J** · 28 November, 2021

"Count Alexander Ilyich Rostov stirred at half past eight to the
sound of rain on the eaves. With a half-opened eye, he pulled back his
covers and climbed from bed. He donned his robe and slipped on his
slippers. He took up the tin from the bureau, spooned a spoonful of
beans into the Apparatus, an...**See more**

Reply  👍 👎

**TeriCowart** · 12 July, 2015

was listed as a side effect for Mirapex (used for RLS)

Reply  👍 2 👎

**BelindaKOwensDixon** · 24 April, 2013

Fentanyl Transdermal System said to have a side effect of somnolence.

Reply  👍 2 👎

↳ 3 replies

Show More Comments

## More Definitions for *somnolence*

# somnolence  noun

som·no·lence  |  \ ˈsäm-nə-lən(t)s 🔊 \

### Medical Definition of *somnolence*

**:** the quality or state of being drowsy

---

### More from Merriam-Webster on *somnolence*

Nglish: Translation of *somnolence* for Spanish Speakers

Britannica English: Translation of *somnolence* for Arabic Speakers

Britannica.com: Encyclopedia article about *somnolence*

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**



**WORDS AT PLAY**

**"In Vino Veritas" and Other Latin Phrases to Live By**

Top 10 Latin Phrases

**"Like a Pig in Mud" and Other Barnyard Idioms**

24 down-home turns of phrase

**Words of the Week – Feb. 11**

From the week ending 2/11/2022

**Language of Love: Words for Valentine's Day**

Adonis is older than he looks, you know

**ASK THE EDITORS**

**'Everyday' vs. 'Every Day'**

A simple trick to keep them

**What Is 'Semantic Bleaching'?**

**Literally**

How to use a word that

**Is Singular 'They' a Better Choice?**









## Severe Cold & Flu

active ingredients



**Cold and flu symptoms don't take a break, so neither should your cold & flu medicine**





**NON-DROWSY MEDICINE TO RELIEVE MULTIPLE SYMPTOMS DURING THE DAY**

Feedback



https://www.meijer.com/shopping/product/meijer-cold-flu-severe-multi-symptom-cool-taste-caplets-24/70882043765.html

Moore et al. v. Meijer, Inc.
Last accessed Feb. 16, 2022



**Meijer Cold & Sinus PE Caplets, 24 ct**

Age Restricted Item

$4.49

In Store Only

**Meijer Cold Multi Symptom Day Caplets, 24 ct**

Age Restricted Item

$5.79

In Store Only

**Meijer Daytime Severe Cold & Flu Caplets, 24 ct**

Age Restricted Item

$8.29

In Store Only

**Tylenol Cold + Flu Severe Medicine Caplets for Cold & Flu Symptom Relief,...**

Age Restricted Item

$7.19

mPerks

In Store Only

**Meijer Cold and Flu Severe Caplets-Day/Night Combo Pack, 24 ct**

Age Restricted Item

$8.29

In Store Only

See all offer details. Restrictions apply. Pricing, promotions and availability may vary by location and on Meijer.com

\*Offers vary by market. mPerks offers good with mPerks digital coupon(s). See coupon(s) for terms. Buy one, get one (BOGO) promotional items must be of equal or lesser value. Special pricing and offers are good only while supplies last. No rainchecks or substitutions unless otherwise stated. Buy/save offers must be purchased in a single transaction; no cash back. Next purchase coupon offers are not available to earn or redeem with online orders.

| Help | Company | Businesses | Stores | Connect With Us |
|------|---------|-----------|--------|-----------------|
| Customer Care | About Meijer | Vendor Hub | Meijer Gas Stations | Facebook |
| Food Safety | Careers | Supplier Diversity | Delivery/Pickup | Twitter |
| Product Recalls | Community | Real Estate | New Stores | Pinterest |
| Returns | Newsroom | Business to Business | Gift Cards | Youtube |
| Contact Us | Simply Give | Fleet Service Cards | Cakes & Deli | Instagram |
| About Our Ads | Team Members | | Optical | |
| Price Adjustments | Former Team Members | | | |
| Accessibility | Diversity & Inclusion | | | |
| | Health & Safety | | | |
| | Sustainability | | | |



Terms and Conditions of Use    Privacy Statement    FAQ    Site Map    ©Copyright 1996-2021 Meijer, Inc. All Rights Reserved.



American Society of Anesthesiologists®  |  Made for **This Moment**

Policymakers    Health Care Executives    Media    ASA Members

Anesthesia 101 ⌄    Pain Management ⌄    Preparing for Surgery ⌄    Stories    About    🔍

HOME | ANESTHESIA 101 | TYPES OF ANESTHESIA | IV/MONITORED SEDATION

# IV/Monitored Sedation

**↗ Explore this page:**

- Sedation
- How do sedation and analgesia work?
- What are the levels of sedation?

## Sedation

Today, physicians have many ways to make sure their patients are as comfortable as possible during surgery or procedures for diagnosing medical conditions. One common type of pain control is called sedation, which relaxes you and sometimes makes you fall asleep. Sedation, also known as monitored anesthesia care, conscious sedation, or twilight sedation, typically is used for minor surgeries or for shorter, less complex procedures, when an injection of local anesthetic isn't sufficient but deeper general anesthesia isn't necessary. These procedures might include some types of biopsies or involve the use of a scope to examine the throat or colon to find and treat medical conditions such as cancer.

An analgesic is a medication used to achieve analgesia, or pain relief, and is often combined with sedation. Procedures using sedation and analgesics may be performed in a hospital or in an outpatient setting, such as a same-day surgery center, your physician's office, or a dentist's office.

## How do sedation and analgesia work?

Sedation and analgesics are usually provided through an IV placed in a vein. Depending on the procedure, the level of sedation may range from minimal (you'll feel drowsy but able to talk) to deep (you probably won't remember the procedure). Moderate or deep sedation may slow your breathing, and in some cases, you may be given oxygen. Analgesia may also contribute to drowsiness. But even with deep sedation, you won't be unconscious, as you would be with general anesthesia.

> ❝ Even with deep sedation, you won't be unconscious, as you would be with general anesthesia.



Most patients wake up quickly once the procedure is over and the medications are stopped. Possible side effects include headache, nausea, and drowsiness, but you will likely experience fewer effects than

you would from general anesthesia — and you'll probably recover faster and go home sooner.

Sometimes IV sedation and analgesics will be combined with other types of pain control — such as local anesthesia, which involves one or more injections to numb a small area of the body, or regional anesthesia, which numbs a larger part of the body, such as from the waist down.

## What are the levels of sedation?

The level of sedation a patient experiences depends on several factors, including the type of procedure you're having and how your body responds to anesthesia. Your age, medical condition, and health habits may also affect the type of anesthesia you'll receive. Regardless of the level of sedation, it's important that a physician anesthesiologist be involved in your anesthesia care. A physician anesthesiologist is a medical doctor who specializes in anesthesia, pain management, and critical care medicine.

The main levels of sedation are:

— **Minimal –** Minimal sedation will help you relax, but you will likely be awake. You'll understand questions your doctor is asking and be able to answer as well as follow directions. This level of sedation is typically used when your doctor needs you to be involved in the procedure.

— **Moderate –** You will feel drowsy and may even fall asleep during the procedure. You may or may not remember some of the procedure.

— **Deep –** You won't actually be unconscious, but you'll sleep through the procedure and probably will have little or no memory of it.



Made for **This Moment**

Physician anesthesiologists are highly skilled medical experts. "As a physician anesthesiologist, we have the depth of training and experience to be able to react and save a life." – Sonya Pease, MD

| ANESTHESIA 101 | PAIN MANAGEMENT | PREPARING FOR SURGERY | STORIES | ABOUT |
|---|---|---|---|---|
| Types of Anesthesia | Types of Pain | Risks | Share Your Story | |
| Effects of Anesthesia | Non-Opioid Treatment | Preparation | | |

Anesthesia Risks

Opioid Treatment

Recovery

Anesthesia Care Team

Procedures

Role of Physician Anesthesiologist

POLICYMAKERS     HEALTH CARE EXECUTIVES     MEDIA     ASA MEMBERS     RESOURCES

Connect with ASA:

© 2021 American Society of Anesthesiologists. All rights reserved.



**Federal Aviation Administration**

# What Over-the-Counter (OTC) medications can I take and still be safe to fly?

First, ask yourself "Do I have a condition that makes me unsafe to fly?" Title 14 CFR 61.53 is the regulation, which prohibits flight with a known medical deficiency [unless cleared by the FAA] and requires that you determine that you are fit to fly prior to each flight.

- ☐ Am I sick?
  - ☐ Am I having trouble clearing my ears at ground level?
  - ☐ Do I feel bad enough that I keep thinking about how I feel?
  - ☐ Are others asking me if I am ok?
  - ☐ Do I feel good enough to fly ONLY if I take medication?
  - ☐ Am I getting worse?

Next, consider these issues before operating an aircraft:

- ☐ In the last five days, have you taken or do you plan to take any medications before flying?
- ☐ If currently taking a medication only for symptom relief, would you be safe to fly without it?
- ☐ Do you have any other underlying health conditions?
  - o Discuss these conditions with your AME or family physician to determine if you are safe to fly.
  - o Specifically ask about your ability "to operate machinery" (including any aircraft).
  - o Discuss if the medication, OTC or otherwise, will pose a problem with the underlying condition or
  - o Other health conditions and/or other medications that you are taking.

**If you answered to any of the above questions: YES---STOP. You might not be fit to fly!**

## When choosing an OTC medication:

**#1. IDENTIFY the active ingredient(s).**
Verify you have taken this medication in the past with no side effects.
Note: Single ingredient products are preferred over combination products (because it is easier to spot disqualifying ingredients).

**#2. READ the label.**
If there is a warning that it **"May cause drowsiness"** or if it advises the user to **"be careful when driving a motor vehicle or operating machinery,"** then this medication is NOT safe for flying.

**#3. READ carefully.**
If this is the first time you are taking a new medication, wait at least (5) dosage intervals and ensure that you suffer no adverse effects from it before flying while on the medication. (See the table below for the recommended observation period).



Moore et al. v. Meijer, Inc.
Last accessed Feb. 16, 2022

If you take any of the "NO GO" medications (listed below in the table) or if you have had side effects from the medication before, <u>wait at least five (5) dosage intervals after the last dose before flying</u> see the examples below for the recommended grounding period after discontinuation of the medication).

| Package Instructions | 5 Times Dosage Interval | No Fly Time | Recommendation |
|---|---|---|---|
| **Every 4-6 hours^**<br>**(Up to 6 times daily)** | X5 | 30 hours | Wait at least 30 hours before flying if taking a medication directed to take every 4-6 hours. |
| **Every 8 hours**<br>**(OR three times daily)** | X5 | 40 hours | Wait at least 40 hours before flying if taking a medication directed to take every 8 hours. |
| **Every 12 hours**<br>**(OR twice daily)** | X5 | 60 hours | Wait at least 60 hours before flying if taking a medication directed to take every 12 hours. |

^If there is a range, use the higher number

## BOTTOM LINE

**Review 14 CFR 61.53 if it is not familiar to you and always follow it. Not only is it a requirement, but it is for your safety and that of your passengers. When in doubt, safety first - do not fly.**

- ☐ **Do one more check of your condition before considering flying.**
- ☐ **Get well before considering return to flight status ... do not push it.**
- ☐ **OTC medications help reduce the symptoms of an illness, but do not cure it.**
- ☐ **Even though a medication has been determined to be safe for use by the Food and Drug Administration (FDA), this does not mean that the medication is compatible with flying or even driving.**

**<u>Some medications are not recommended (see column "NO GO" on the table below):</u>**

- • **If you choose to fly on medication, be certain that it will not impair safety. Do not simply hope for the best.**

**NOTE: This list is not all-inclusive or intended to take the place of consultation(s) with your primary care physician and/or AME (aviation medical examiner). Remember, if you have significant underlying health conditions, it is recommended that the use of any medication be discussed with your physician PRIOR to taking the medication.**

| Type of medication | Commonly found in | Medication or active ingredient generally safe to fly<br><br>GO | Avoid these medications or ingredients*<br><br>NO GO | Rationale |
|---|---|---|---|---|
| **Antihistamines** | Allergy products Cough/cold products Pain products | Non-sedating products: fexofenadine (Allegra) loratadine (Claritin) | Sedating products: brompheniramine (Dimetapp) cetirizine (Zyrtec) chlorpheniramine (Chlor-Trimeton) **diphenhydramine (Benadryl)** levocetirizine (Xyzal) | Histamines affect not only your allergies, but your sleep wake cycle.  Sedating antihistamines can cause drowsiness, impaired thinking and judgement. |
| | Sleep aid products | Melatonin (not an antihistamine) | **diphenhydramine (such as Zzzquil)**. Same ingredient in Benadryl) Doxylamine (such as Unisom) | "Hang-over effect" morning after safety concern. NOTE: taking melatonin at the wrong time can actually worsen "jet-lag" and cause daytime drowsiness. |
| **Nasal steroid** | Allergy products | fluticasone (Flonase), triamcinolone (Nasacort) | None | |
| **Nasal decongestants** | Nasal congestion Sinus pressure Cough/cold products | oxymetazoline (Afrin),<br><br>phenylephrine (Sudafed PE), pseudoephedrine (Sudafed)<br><br>Less convenient, but safer, are the nasal salt water lavages such as saline nasal sprays Neti-pots | (Considered safe in recommended dosages) | **Caution:** Sudafed-like medications can speed up your heart rate; therefore, use caution if you have an underlying heart condition. Be very cautious of an extra cup of coffee or two when feeling sub-par.  This has caused more than one pilot to end up in the emergency room for a racing heart rate. |
| **Cough** | Cough/cold products | Coricidin (allowed if no chlorpheniramine)<br><br>guaifenesin (found in Mucinex and Robitussin) Mucinex fast-max severe congestion and cough (liquid)<br><br>Identify combo vs isolated | dextromethorphan (Delsym)<br><br>Dayquil (contains dextromethorphan)<br><br>Most "night-time" or "PM" medications contain a sedating antihistamine: - Coricidin HBP cough & cold (contains chlorpheniramine) - Nyquil (contains doxylamine) | Most cough medications are safe for flight, but caution for combination products with sedating antihistamines.  **If the label states PM (for nighttime use) or DM (containing dextromethorphan), you should not fly for at least 5 half-lives after the last dose (see above).** |

**Frequently Used OTC Medications**          *These effectively can cause incapacitation (examples are not all-inclusive)

| Type of medication | Commonly found in | Medication or active ingredient generally safe to fly GO | Avoid these medications or ingredients* NO GO | Rationale |
|---|---|---|---|---|
| **Urinary Tract Infections** | Pain reliever | phenazopyridine (AZO standard) | None | Generally allowed after adequate ground trial to monitor for side effects. Symptoms should be resolved other than slight residual irritation. |
| **Aches and Pains** | NSAIDs (non-steroidal anti-inflammatory drugs) and analgesics | acetaminophen (Tylenol) aspirin (Bayer's) ibuprofen (Advil/Motrin) naproxen (Naprosyn) | Advil PM, Tylenol PM **(Most "PM" medications contain diphenhydramine)** | Most OTC pain meds are safe to fly as long as the underlying condition is acceptable. |
| | Other options for headaches | caffeine (commonly found in Excedrin) | Read the label. | Caution. Some OTC meds are combined with a sedating antihistamine, which can cause drowsiness (see above for examples). |
| | Topical pain relief | lidocaine patch (Lidoderm) muscle rub | (Considered safe in recommended dosages) | Lidocaine-Caution with application, avoid getting on hands or open wound as this can drop blood pressure or absorb faster. |
| **Skin Rash** | Emollients and mild corticosteroid creams | almost all are allowed | Stay within the dosage to not exceed an acceptable risk | Ensure the underlying condition is not an issue with safe flight. |
| **Gastrointestinal Illness: nausea, vomiting, diarrhea** | Anti-emetics anti-motility drugs | bismuth subsalicylate (Kaopectate, Pepto-Bismol) | loperamide (Imodium) | Loperamide can cause sedation & dizziness. Be careful not to mask the underlying symptoms. GI illness can cause dehydration, cramps & pain with increase in altitude. |
| **Gastrointestinal Illness: indigestion** | Proton Pump Inhibitors (PPI) | eomeprazole (Nexium) lansoprazole Prevacid) omeprazole (Prilosec) pantoprazole (Protonix) rabeprazole (Aciphex) | None | Be careful not to mask the underlying symptoms. |
| | H2 blockers | cimetidine (Tagamet) famotidine (Pepcid) nizatidine (Axid) rantidine (Zantac) | None | |
| | Antacids | aluminum hydroxide (Maalox) calcium carbonate (Tums) magnesium hydroxide (Milk of Magnesium) | None | |

**Frequently Used OTC Medications**          *These effectively can cause incapacitation (examples are not all-inclusive)

# Additional Resources

**AAM-400 Medication Brochure**

[Medication Brochure Link](#)

~~~~~~~~~~~~~~~~~~~~

**Erectile Dysfunction Medication**

sildenafil (Viagra)

tadalafil (Cialis)

[Erectile Dysfunction Medication Link](#)

~~~~~~~~~~~~~~~~~~~~

**Hypertension (HTN) Medication**

[Hypertension Medication Link](#)

~~~~~~~~~~~~~~~~~~~~

**SSRI (antidepressant) Program**

[SSRI PROGRAMS LINK](#)

citalopram (Celexa)

escitalopram (Lexapro)

fluoxetine (Prozac)

sertraline (Zoloft)

~~~~~~~~~~~~~~~~~~~~

**Additional medication information found in the AME Guide:**

[Additional Medical Information in AME Guide](#)

~~~~~~~~~~~~~~~~~~~~

**Do Not Issue (DNI) Do Not Fly (DNF)**

[Do Not Issue Do Not Fly Link](#)

DNI—airmen should NOT take any of these medications or
classes of medication and fly

DNF—airmen should NOT fly until these medications are stopped and
a period of time has elapsed

~~~~~~~~~~~~~~~~~~~~

**Oral Diabetes Medications**

[Oral Diabetic Medications Link](#)

See Item V. Acceptable Combinations of Diabetic Medications


CR Consumer Reports | Product Reviews   Deals   News   Action   Mission | Sign In | Become a Member | Donate

 Tweet   Save   A A

## How to read over the counter (OTC) drug labels
### What claims such as 'long acting' and '24 hour' actually mean
Published: April 2014





0:00 / 3:06

**Related Topics**
- What 'extra strength' on a drug label really means
- Comparing OTC drugs for common ailments
- When an OTC drug is the best, first bet

You'll find out 15 versions of Advil (such as "PM") and 20 kinds of Tylenol (including those made for kids). And that's not counting the various types of generic pills—tablets, caplets, and liquid gels— and sizes of containers.

Deciding what to buy can be especially overwhelming when you're miserable with allergies or a springtime cold. So which one do you choose?

With the help of our medical experts and researchers at Best Buy Drugs, who evaluate medications for safety, price, and effectiveness, we have some advice for you. Keep reading to find out what some common over-the-counter drug-label claims really mean, and when you should take what.

### Non-drowsy
**Examples:** Non-Drowsy Claritin Indoor & Outdoor Allergies, Allegra Allergy Original Strength Non-Drowsy, Alavert Non-Drowsy

**What it means:** "Non-drowsy" is code for antihistamines and other medications that don't make you sleepy. They're a good choice for allergy relief during daytime hours. But the non-drowsy claim doesn't necessarily mean that the drugs will help you stay alert, though some might contain stimulating ingredients.

**Our advice:** Read medication ingredient labels carefully. On non-drowsy formulas, look for stimulants such as the decongestant pseudoephedrine (like Claritin D, above) and caffeine, which could keep you awake at night.



### PM
**Examples:** Advil PM, Motrin PM

**What it means:** "PM" formulas usually contain one of two active ingredients: diphenhydramine (found in Benadryl) or doxylamine, which can make you sleepy. Both are antihistamines that affect the central nervous system.

**Our advice:** Many of these drugs contain pain relievers such as acetaminophen or ibuprofen. But if you just want a pill to help you sleep, stick with single-ingredient products containing diphenhydramine or doxylamine, such as Sominex or Unisom. If you take blood-pressure meds, avoid those drugs because the combo may cause excessively low blood pressure. Skip drinking alcohol with them, and use caution if you drive the next day.



### 24 hours
**Examples:** Allegra 24 Hour, Claritin 24 Hour, Zyrtec 24 Hour

**What it means:** We used to see drugs with labels that said "all day," but now specific time claims are more common. That's good news, because "all day" could refer to just the part of the day when you're awake or to a full 24-hour period. The 24-hour label makes that clear. These are extended-release drugs; you take one dose per day and it keeps working over the course of an entire day and night.

**Our advice:** Watch out for nonspecific language that suggests 24 hours. Case in point: Aleve still says "All Day Strong" on its packaging, yet its directions say to take one tablet every 8 to 12 hours while symptoms last and not to exceed three tablets in a 24-hour period.



### Long-acting
**Examples:** Robitussin Lingering Cold Long-Acting CoughGels, Sudafed 12 Hour Long-Acting Nasal Decongestant

**What it means:** That depends. Some drugs say "24 hour" or "12 hour." You can buy both versions of Sudafed, for example, and each comes with a "long-acting" claim. All it means is that their active ingredients are released during a certain amount of time.

**Our advice:** Read instructions, even for products that claim to last a certain number of hours. For example, there might be a max number of pills you should take in a 24-hour period.



### 'Extra ' vs. 'Ultra ' strength
These formulas contain more of the active ingredient than the regular type (ditto for "maximum" strength), but there's no set definition of those terms. So always read dosage instructions.

---

## E-mail Newsletters
**FREE** e-mail Newsletters! Choose from cars, safety, health, and more!

Your e-mail Address | Go

**Already signed-up?** Manage your newsletters here too.

## Health News
 **12 Tactics to Deal With Shortages and Unpredictability at the Grocery Store...**

 **Thaw and Order: Best Microwaves for Defrosting**

 **Your Questions About the Coronavirus Vaccine and Children, Answered**

 **Experts Agree Slugging Is the Trendy Skincare Trick That Is Actually Good...**

 **Your Questions About COVID-19 Booster Shots, Answered**

Read More

## Cars
 **Build & Buy Car Buying Service** Save thousands off MSRP with upfront dealer pricing information and a transparent car buying experience.
**See your savings**

## Mobile
 Get Ratings on the go and compare while you shop
**Learn more**

**Editor's Note:** This article also appeared in the May 2014 issue of *ShopSmart* magazine. This article and related materials are made possible by a grant from the state Attorney General Consumer and Prescriber Education Grant Program, which is funded by the multistate settlement of consumer-fraud claims regarding the marketing of the prescription drug Neurontin (gabapentin).

  



## Member Support

Contact Us

Account Settings

What is Membership?

Make a Donation

Newsletters

Give a Gift

## About

About Us

Career Opportunities

Media Room

Advocacy

CR Recommended Program

Data Intelligence

Digital Lab

## Product Reviews

Appliances

Babies & Kids

Cars

Electronics

Health

Home & Garden

Money

A-Z Index

## Magazine & Books

Current Issue

CR Digital Archive

5 Year Index

CR Store

## More

Video

en Español

Report a Safety Problem

Give a Confidential News Tip

Buy a New Car

Buy a Used Car

Sitemap





Privacy Policy     User Agreement     Ad Choices     Do Not Sell My Personal Information

© 2022 Consumer Reports, Inc.



GAMES & QUIZZES    THESAURUS    WORD OF THE DAY    FEATURES    SHOP ⌄         LOG IN    REGISTER    🔖 MY WORDS

Merriam-Webster    SINCE 1828

nondrowsy    ✕    🔍

**Dictionary**    **Thesaurus**

# nondrowsy *adjective*

🔖 Save Word

non·drow·sy  |  \ -ˈdraü-zē  \

**Medical Definition of *nondrowsy***

: not causing or accompanied by drowsiness
// *nondrowsy* antihistamines

---

## Learn More About *nondrowsy*

**Share *nondrowsy***

Ⓕ  Ⓣ

**Dictionary Entries Near *nondrowsy***

nondividing

**nondrowsy**

nondrug

See More Nearby Entries ⊙

**Cite this Entry**

"Nondrowsy." *Merriam-Webster.com Medical Dictionary*, Merriam-Webster, https://www.merriam-webster.com/medical/nondrowsy. Accessed 16 Feb. 2022.

Style: MLA



WORD OF THE DAY

## slapdash 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email address    **SUBSCRIBE**

TEST YOUR VOCABULARY

Difficult Spelling Words Quiz

Which is the correct spelling?

accommodate     acommadate
acommodate      accomodate

SPELL IT    Can you spell these 10 commonly misspelled words?
**TAKE THE QUIZ ≫**

A daily challenge for crossword fanatics.
**TAKE THE QUIZ ≫**

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---

WORDS AT PLAY



**"In Vino Veritas" and Other Latin Phrases to Live By**

Top 10 Latin Phrases



**"Like a Pig in Mud" and Other Barnyard Idioms**

24 down-home turns of phrase



**Words of the Week - Feb. 11**

From the week ending 2/11/2022



**Language of Love: Words for Valentine's Day**

Adonis is older than he looks, you know

ASK THE EDITORS



**'Everyday' vs. 'Every Day'**

A simple trick to keep them separate



**What Is 'Semantic Bleaching'?**

How 'literally' can mean "figuratively"



**Literally**

How to use a word that (literally) drives some pe...



**Is Singular 'They' a Better Choice?**

The awkward case of 'his or her'

**WORD GAMES**



**Forms of Government**

How do people take and hold power?

TAKE THE QUIZ ›



**Spelling Challenge Quiz**

13 tricky words to spell

TAKE THE QUIZ ›



**Spell It**

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ ›



**Learn a new word every day. Delivered to your inbox!**

Your email address

SUBSCRIBE

OTHER MERRIAM-WEBSTER DICTIONARIES
LEARNER'S ESL DICTIONARY
MERRIAM-WEBSTER DICTIONARY API
SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
BRITANNICA ENGLISH - ARABIC TRANSLATION
NGLISH - SPANISH-ENGLISH TRANSLATION

  

Browse the Dictionary:   A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home  |  Help  |  Apps  |  About Us  |  Shop  |  Advertising Info  |  Dictionary API  |  Contact Us  |  Join MWU  |  Videos  |
Word of the Year  |  Vocabulary Resources  |  Law Dictionary  |  Medical Dictionary  |  Privacy Policy  |  Terms of Use

Browse the Thesaurus  |  Browse the Medical Dictionary  |  Browse the Legal Dictionary

© 2022 Merriam-Webster, Incorporated